IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-334-D

| | |
|---|---|
| STACIE L. JONES, Plaintiff, | ) ) ) |
| v. | ) ORDER OF DISMISSAL ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant | ) ) ) ) |

Pursuant to the Plaintiff's Motion and consent by the Defendant, this Court hereby orders that this case be dismissed without prejudice.

SO ORDERED. This 30 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge